**Moses FAISON, Plaintiff—Appellant,**

v.

**Officer DEAL, Defendant—Appellee,**

and

**Superintendent Whitener, Defendant.**

No. 06–7823.

United States Court of Appeals,
Fourth Circuit.

Submitted: June 15, 2007.

Decided: June 25, 2007.

Moses Faison, Appellant Pro Se. James Philip Allen, North Carolina Department of Justice, Raleigh, North Carolina, for Appellee.

Before WILKINSON, KING, and SHEDD, Circuit Judges.

Affirmed by unpublished PER CURIAM opinion.

Unpublished opinions are not binding precedent in this circuit.

PER CURIAM:

Moses Faison appeals the district court's order denying relief on his 42 U.S.C. § 1983 (2000) complaint. We have reviewed the record and find no reversible error. Accordingly, we affirm for the reasons stated by the district court. *Faison v. Deal,* No. 5:06–cv–00050, 2006 WL 2668380 (W.D.N.C. Sept. 15, 2006). We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the court and argument would not aid the decisional process.

*AFFIRMED.*